Cu

ORDERED in the Southern District of Florida on FEB 1 3 2008



A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

JANET DORIS VERNELL
a/k/a JANET DORIS LIPSKY
LOUIS VERNELL, JR.

_____/

JANET VERNELL and
LOUIS VERNELL

    Plaintiffs,

v.

WACHOVIA BANK, N.A.,
a national banking association

    Defendant.

_____/

CASE NO. 07-15396-BKC-AJC

CHAPTER 13

ADV. NO. 07-1890-AJC-BKC-AJC-A

## MEMORANDUM OPINION OF ABSTENTION

This matter, having come before the Court on February 5, 2008 on the Motion to

Dismiss, Abstain, or Stay of Creditor Wachovia Bank, National Association formerly known as

12645392.1      1

First Union National Bank ("Wachovia") dated January 11, 2008 (CP 6), and the Court having heard argument of counsel, having reviewed the court file, and being otherwise fully advised in the premises, abstains from exercising jurisdiction over this action.

1. The Debtors, Louis Vernell, Jr. and Janet Doris Vernell (the "Vernells") jointly filed this Chapter 13 case on July 11, 2007. On August 22, 2007, the Vernells removed to this Court two consolidated cases: (1) *Janet Vernell and Louis Vernell v. Wachovia Bank, National Association and First Union National Bank*, Eleventh Judicial Circuit Court for Miami-Dade County, Florida case no. 02-CA-028408-22; and (2) *Janet Vernell and Louis Vernell v. Wachovia Bank, National Association, et al.*, Eleventh Judicial Circuit Court for Miami-Dade County, Florida case no. 03-CA-006576-22. The cases were assigned Adversary Case No. 07-01627. At the time of removal, these cases had been litigated in the state court for nearly five years.

2. The gravamen of the removed cases was a determination that Wachovia's two mortgages on the Debtors' residence were defective and unenforceable. Wachovia moved for abstention and remand. After a hearing and full briefing, the Court granted the motions for remand, abstained from exercising jurisdiction over them, and also gave Wachovia relief from stay to litigate the claims in the Florida Circuit Court. The Vernells moved for rehearing of the remand orders, which motions were denied.

3. On December 14, 2007, the Vernells filed a complaint commencing this adversary proceeding. The Debtors' complaint contains nearly identical allegations as in the previously remanded cases, Adv. No. 07-01627-BKC-AJC-A and Adv. No. 07-01890-BKC-AJC-A.

4. These same claims by the Debtors have been actively litigated in the Florida Circuit Court for nearly five (5) years. The cases involve predominately issues of state law and

there is no independent basis for federal jurisdiction. The debtors have demanded a jury trial. The cases can be timely adjudicated in the Florida Circuit Court. Comity and the burden on this Court are also factors that weigh heavily in favor of abstention. It would be inconsistent and a waste of judicial resources to simultaneously litigate the same claims in two forums, especially after the Court has previously remanded these claims to state court.

5. The Court exercises its discretion and abstains pursuant to 28 U.S.C. § 1334(c)(1), and also for equitable reasons under 28 U.S.C. § 1452.

Based upon the foregoing, it is

**ORDERED AND ADJUDGED that** Wachovia's Motion to Dismiss or Alternatively for Abstention is GRANTED and, for the same reasons previously stated in the Court's order of abstention in Adv. No. 07-01627-BKC-AJC-A and for the reasons set forth herein, the Court abstains from exercising jurisdiction over this action.

### 

Copies furnished to:
David James Smith
Carlton Fields
4000 International Place
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Email: dsmith@carltonfileds.com

Attorney David James Smith is directed to serve conformed copies of this order on the parties listed and file a certificate of service.

C. Craig Eller
Broad and Cassel
1 North Clematis street, Suite 500
West Palm Beach, Florida 33401

Nancy Herkert, Esq.

Chapter 13 Trustee
POB 279806
Miramar, FL 33027

Office of U.S. Trustee
51 S.W. First Avenue, Room 1204
Miami, Florida 33130

Louis Vernell
16482 Northeast 31st Ave.
North Miami Beach, Florida, 33160

Janet Vernell
16482 Northeast 31st Ave.
North Miami Beach, Florida, 33160

Cynthia M. Ramos, Esq.
Shapiro Ramos
Suntrust International Center
One S.E. Third Avenue, Suite 1450
Miami, Florida 33131

Internal Revenue Service
7850 SW 6 Court
Plantation, FL 33174

12645392.1                                    4